

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, March 31, 2015

No. 04-14-00553-CR

Frank **LARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1129
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to April 7, 2015. **Further Extensions will not be considered by the court.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2015.

_____
Keith E. Hottle
Clerk of Court